

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00428-CV

## IN THE MATTER OF THE MARRIAGE OF REBECCA CHRISTINE LIARDON AND RONALD ALFRED LIARDON AND IN THE INTEREST OF J.A.L., A CHILD

### From the 220th District Court
### Bosque County, Texas
### Trial Court No. CV22-254

## MEMORANDUM OPINION

Ronald Alfred Liardon filed his notice of appeal on December 29, 2023 challenging the Final Decree of Divorce rendered in the trial court. On that date, Appellant was notified that a docketing statement is required to be completed and returned to this Court. The required docketing statement was not received. *See* TEX. R. APP. P. 32.1. By letter dated January 22, 2024, the Clerk of this Court notified Appellant that the docketing statement has not been filed and warned that the Court would dismiss the appeal if a docketing statement was not filed within twenty-one days. *See id.* at R. 42.3(c).

More than twenty-one days have passed, and we have not received the docketing statement.  Accordingly, we dismiss this appeal.  *See id.* at R. 32.1, 42.3(c); *see also Hensley v. W.M. Specialty Mortg., LLC*, No. 10-05-00322-CV, 2005 Tex. App. LEXIS 9614, at *1-2 (Tex. App.—Waco Nov. 16, 2005, no pet.) (mem. op.) (dismissing a case for failure to file a docketing statement).


STEVE SMITH
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion issued and filed February 22, 2024
[CV06]

